1   Bennett A. Rheingold, SBN 82617
    balanrh@aol.com
2   LAW OFFICES OF BENNETT A. RHEINGOLD
    3424 Carson Street, Suite 500
3   Torrance, CA 90503
    Phone: (310) 214-1477
4   Fax: (310) 214-0764

5   Attorney for Defendants Pacific Coast
    Capital Group, Inc. and Arturo Olivas

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11   DOLORES JOHNSON,         ) Case No. C-11-02955-DMR
                              )
12              Plaintiff    ) **STIPULATION AND ORDER**
           v.              ) **TRANSFERRING ACTION TO CENTRAL**
13                           ) **DISTRICT OF CALIFORNIA, WESTERN**
    THE ROSA FAMILY TRUST, et al., ) **DIVISION**
14                               )
             Defendants.      )
15   _____ )

16       Plaintiff Dolores Johnson and Defendants Pacific Coast Capital Group, Inc. and Arturo

17   Olivas, by and through their respective counsel of record, hereby stipulate and agree that based on

18   the residence of the parties in the Western Division of the Central District of California, this court

19   should transfer the action to the Central District of California, Western Division forthwith.

20   Dated: March 28, 2012       /s/ Bennett A. Rheingold
                                Bennett A. Rheingold, attorney for Defendants Pacific Coast
21                                 Capital Group, Inc. and Arturo Olivas

22
    Dated: March 29, 2012       /s/ Chance E. Gordon
23                                   Chance E. Gordon, attorney for Plaintiff Dolores Johnson

24

25   **IT IS ORDERED** that the Clerk of this Court transfer this action forthwith to the Central District of

26   California, Western Division.
             March 29, 2012
27   Dated:_____     _____
                             DONNA M. RYU
28                              United States Magistrate Judge

                                      1

    Stipulation and Order Transferring Action to Central District of California, Western Division